IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MARTSOLF,** | : | CIVIL ACTION NO. 1:05-CV-1941 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **LT. COL. JOHN BROWN, et al.,** | : | |
| Defendants | : | |

### ORDER

AND NOW, this 17th day of July, 2006, upon consideration of the concurred-in motion for leave to amend the complaint (Doc. 12), see FED. R. CIV. P. 15(a), and it appearing that plaintiff filed a copy of the original pleading highlighting the additions and deletions, but did not file the proposed amended complaint, see L.R. 15.1(b) (stating that a party seeking leave to amend the complaint "shall provide: (1) the proposed amended pleading . . . and (2) a copy of the original pleading in which stricken material has been lined through and any new material has been inserted and underlined or set forth in bold-faced type"), it is hereby ORDERED that:

1.  The motion for leave to amend the complaint (Doc. 12) is GRANTED.

2.  Plaintiff shall file the amended complaint on or before July 19, 2006.

        /s/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge